UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARDELL SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR SAN FRANCISCO GREYHOUND BUS DEPT. STATION; et al.,<br><br>　　　　Defendants. | No. C 09-1851 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

The complaint in this action was dismissed for failure to state a claim upon which relief may be granted. Plaintiff was given leave to file an amended complaint, but failed to do so and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

　　IT IS SO ORDERED.

Dated: February 0, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　United States District Judge