UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH A SMITH,

        Plaintiff,

  v.

DIRECTOR SAN FRANCISCO GREY HOUND BUS et al,

        Defendant.
                             /

Case Number: CV09-01851 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth A. Smith G-27783
California Substance Abuse Training Facility
P O Box 5248
Corcoran, CA 93212

Dated: February 10, 2010

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk